IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**ORIGINAL**

Cc: DKW/RT/π


FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 18 2019
at 2 o'clock and 10 min. P M
SUE BEITIA, CLERK
LS

PAID

JANET C. HOWELL,
92-7019 Kahea St. Kapolei
HI 96707
Mobile (808)744-4537
(808)798-4126
(808)277-6896

*** JANET HOWELL-PROSE***

VS

**RESPONDEAT SUPERIORS
ALL MENTIONED ORGANIZA-
TIONS:
UNITED STATES OF AMERICA
ATTORNEY GENERALS
IN WA DC,
ATTY. GENERAL IN VA, ATTY.
GENERAL IN SAN DIEGO CA,
ATTY. GENERAL IN HAWAII
PEARL HARBOR, ATTY. GEN
FEDERAL GOVERNMENT IN
GERMANY ET ALL WHERE
MULTIPLE FRAUD MILITARY
DEPENDENTS AND DEFENDANTS
ASSIGNED DUTY STATION
BUMED, DOD CONTRACTORS,
THE ACTUAL CULPRITS ORGANI-
ZATIONS ETC.   ET ALL.**

CV19  00313 DKW  RT

With Right to Sue Letter
MIXED CASE, COMPLICATED
NON CLASS, MULTIPLE TORT CLAIMS
**COMPLAIN OF: MAL PRACTICES
DOCTORS AND NURSES, FABRICATORS
FORGERS, LIBEL, TERRORIZERS.
DISCRIMINATION ALL FORMS,
HOMESIDE, ATTEMPTED MURDER,
INTENTIONAL MANSLAUGHTER,
ALIENATION OF**
AFFECTION, INTENTIONALLY, DELIBE-
RATELY, WILLFULLY ASSASINATION OF
MY CHARACTER, SEX OFFENDERS,
TERRORIZERS, DEFAMATORS, UNDER
MINERS, FABRICATORS, NEGLIGENCE
ABUSED OF AUTHORITY, WHITE COLLAR
AND BLUECOLLAR JOB GENIUS CRIMI-
NALS, FRAUD MILITARY DEPENDENTS,
FAMILY ALIENATORS, OBSTRUCTION OF
JUSTICE, BREACH OF PEACE, BREACH
OF CONTRACT, BREACH OF TRUST,
VIOLATION OF ALL MY RIGHTS, INCLUD-
ING HUMAN RIGHTS, CONSTITUTIONAL
RIGHTS, DISFIGUREMENTS, PUNITIVE
DAMAGES, TANGIBLE AND INTANGIBLE
DAMAGES, ACCUMULATED TRAUMATIC
PSYCHOLOGICAL INTENTIONAL MENTAL
HARM CAUSE BY CATASTROPHIC
INJURIES.  HOSTILE FRAUD MILITARY
DEPENDENTS.

==================================================================

* original

-2-

Bringing Lawsuit Against the Mentioned Above Organization, the Plaintiff Lives in Hawaii and have Catastrophic Injuries, all the Legal matters will be prosecuted in Hawaii. The Fraud Military Defendants lives in Hawaii too.

## JURISDICTION

The Plaintiff live in Hawaii, the Defendants Fraud Military Dependents most are working in the Military Facilities, Hospitals, Clinic, followed in Hawaii, the Facilities Involved are Government Facilities, Military. The Victim, the Plaintiff live In Hawaii. The Facilities involved and the Employees Involved are Military, DOD Working in the Government Facilities. The Genius Criminals are most are working Government Employees. The Criminal Act Happened during the Plaintiff's USNR Active Duty job. The Harmed Plaintiff' was actually working during her Military Active Duty Reservist Work. The Defendants are most Military Personnel, Doctors And Nurses Delusional Beneficial Friends Family Alienators are also in the Arm Forces and some are Decision Makers in the PIB and Boards Members.

**NATURE OF ACTION UNLAWFUL EMPLOYMENT DISCRIMINATION, MAL PRACTICES-DOCTORS AND NURSES, FAMILY ALIENATORS, FABRICATORS FABRICATED A CRAZY DELUSIONAL WIFE, BUT ACTUALLY CLAIMING TO BE GIRLFRIENDS WITH BASTARDS FRAUD IDENTITY THEFT FAMILIES. THEY ALL NEEDED TO BE FOUND. DELUSIONAL GIRLFRIENDS WANTS TO BE SUPPORTED FOR LIFE. THEY HARMED MY CAREER, ATTEMPTED TO KILL ME BY USING THE CARS THAT FRAUDULENTLY ACQUIRED. EVEN THEY**

**EVEN THEIR RELATIVES ARE INVOLVED. WANT'S TO KEEP THEIR DISHONEST GAINS. THEY GOT AWAY SINCE 2003. ACCUMULATED FRAUD MILITARY DEPENDENTS.**

These is a multi-tort claims action, focuses first on the events started in Collar Bullies. Negligence, that reach the Judge Advocates of the USN Corbin Stephanie and Stephen Meyer the last two Decision Makers who stop/blocked The further Investigation of these MULTIPLE FRAUD MILITARY DEPENDENTS. Retaliation/Sexual Harassment/Hostile Facilities, Hostile Discriminative Prejudice

Medical Staff (Personnel) Agencies, Contractors. Plaintiff brings this action in Good faith, pursuant to Title VII of the Civil Rights Act of 1964, as amended; 42 U.S.C. & Section 2000e et. Sec., the Civil rights Act of 1866(As amended by, the Civil Rights Restoration Act of 1991)' and 42 U.S.C 1981(a) et seq. (which includes And is not limited to the provisions applicable to suing the Multiple Agencies, Defendants, Family Alienators, Individuals etc. CLAIMS AGAINST USN, BUMED, CORONADO BASE, CORONADO NOSC, ET ALL. VIOLATION OF TITLE VII AND 42 USC SEC 1981-HOSTILE ENVIRONMENT, DISPARATE TREATMENT, DISCRIMINATORY DISCHARGED-TANGIBLE ACTION THE PLAINTIFF WAS PROCESSED OUT IN HER MILITARY JOB (DISPARATE TREATMENT) – TANGIBLE ACTION (VICARIOUS LIABILITY) TO INCLUDE THE USN JUDGE ADVOCATES WHO FIRMLY STAND ON NATURE OF ACTION EMPLOYMENT DISCRIMINATION IN ALL FORMS, DIDN'T PROTECT MY RIGHTS, THEIR WRONG, NEGLIGENCE DECISIONS, OBSTRUCTINGJUSTICE, SIDED THE FRAUD MILITARY DEPENDENTS FAMILY ALIENATORS. PROTECTING THE REAL CULPRITS FRAUD FAMILY DEPENDENTS, BENEFICIAL FRIENDS CO-WORKERS, THEY

DISCONTINUED THEIR INVESTIGATIONS OF THE CULPRITS FAMILIES, PROTECTING THE FAMILY ALIENATORS, SEX OFFENDERS/SEDUCTRESSES, TERRORIZERS, DEFAMATORS, WHITE COLLAR, BLUE COLLAR PERSONNELS ORIGINALLY ALIENATING AFFECTION IDENTITY THEFT WOMEN SINCE 2003, 2005, 2007 TO PRESENT. BENEFICIAL FRIENDS GANGED UP DISCRIMINATORS, BULLIES WHOS BEEN OUTRAGEUSLY, MALICIOUSLY CONTROLLING ME AND MY HUSBAND CONTINUALLY HARRASSING, ASSAULTING SOME ARE CURRENTLY DOE DELIVERED BABIES, OBIOUSLY FRAMING MANIPULATING MY HUSBAND, SOME BASTARDS DOESN'T LOOK LIKE HIM. WOMEN WANT'S TO BE SUPPORTED FOR LIFE. OUTRAGEUS FAMILIES, WANT'S TO KEEP THEIR DISHONEST GAINS, TAKING ADVANTAGE OF MY HUSBAND'S WEAKNESS MIDLIFE CRISIS. TO OPEN NOT TO CONCEAL THEIR DUTY ASSIGNMENTS, TRACE THEIR DUTY ASSIGNMENTS THEIR CONNIVANCES PERSONNELS OBVIOUSLY, HOME WRECKERS, HEART BALM.

IT'S NOT USN, BUMED, ET ALL. BUSINESS TO INTERFERE ON THEIR SERVICE MEMBERS MARRIAGE LIFE. I WAS MIXED UP WITH ANOTHER PATIENT TO A 28 YRS. OLD, WHITE ALCHOHOL ABUSE PSYCHOSIS MALE. I AM 48 YRS. OLD ASIAN, FEMALE NEVER BEEN ALCOHOL ABUSE BECAUSE IT'S AGAINST MY RELIGION. NOT PSYCHOSIS BUT SURELY, I HAVE RELATIONAL STRESSORS FRAUD MILITARY DEPENDENTS, IDENTITY THEFT FAMILIES SINCE 2003. SINCE I JOINED THE MILITARY, I WAS IDENTITY THEFT BY MULTIPLE FAMILIES. WHO PLANNED THEIR PREGNANCIES AND NOW THEIR WHOLE CLANS ARE HERE IN USA SOME ARE ILLEGAL ALIENS DOE MEXICANS FAMILIES. ME AND MY HUSBAND ARE VICTIMS OF THESE EVILS. THEY MIGHT

FRAMING MY HUSBAND. FRAMING MY CASES, TAKING OVER SOME OF MY CASES. ESPECIALLY MY PHILIPPINE AIRLINES CASE.

DISCRIMINATORS TO SEEK THE JUSTICE I NEED, OBVIOUSLY USN, BUMED MIXED UP MY MEDICAL RECORD TO ACTIVE DUTY PERSONNEL TO LIMIT ABILITY TO SEEK JUSTICE.

MY MILITARY MEDICAL RECORD MIXED WAS STARTED IN LANDSTUHL GERMANY, CORONADO CLINIC, BALBOA HOSPITAL, TRIPLER HOSPITAL, MAKALAPA CLINIC, OHANA WARRIOR. IS UNDER ACTIVE DUTY PERSONNEL. TOOK ADVANTAGE OF MY SITUATION, MARITAL PROBLEM PREJUDICE, ABUSED OF AUTHORITY DECISION MAKERS. THEY SIDED THE FRAUD MILITARY DEPENDENTS TERRORIZERS.DEEP IN TO MY SITUATION AND LOSS OF MY LOVE ONE, I LOST MY MOM AND THEY SIDED THE FRAUD MILITARY DEPENDENTS WHO ARE CLAIMING TO BE GIRLFRIENDS, FRIENDS, CO-WORKERS, SOME ARE CLAIMING TO LIVE IN MY HOUSE, DISABLED MY INCOME. ALL THE INCIDENTS MOSTLY ARE IN THE MILITARY FACILITIES AND DURING MY ACTUAL DRILL DUTY AS A US NAVY RESERVIST AND MY HUSBAND'S ACTIVE DUTY FACILITIES AND WORK. HEREFORE, THE USN DOD

CONTRACTORS, THE VIOLATIONS HAPPENED ON THOSE MENTIONED FACILITES WHERE THE FAMILY ALIENATORS WORK.
 HUMILIATING, CAUSE MY CHEST PAINS, SEVERE HEADACHES, SHAKING, CAUSES NERVOUSNESS, CAUSES OF FEARD FOR MY LIFE, DUE TO CONTINUALLY OBSTRUCTING JUSTICE OF MULTIPLE ORGANIZATIONS AND FAMILY ALIENATORS. PLEASE HELP ME TO REVERSE THE WRONG, DISCIMINATIVE, PREJUDICE, ABUSED OF AUTHORITY, NEGLIGENCE

DECISIONS MAKERS, FAMILY ALIENATORS BUMED, USN, ET ALL.

ESTIMATED BILLION PERSONNELS OF THESE ORGANIZATIONS,

NATURE OF ACTION EMPLOYMENT DISCRIMINATION IN ALL FORMS

THEREFORE, THEY OWE ME BILLIONS OF DOLLARS DUE TO

THE IRREPAIRABLE DAMAGES THEY DONE TO ME THE PLAINTIFF – PUNITIVE,

MONITORY, MENTAL HARM, ALL THE DAMAGES, MADE TO MY WHOLE BEING

INCLUDING MY SOUL. THEY VIOLATED ALL MY RIGHTS.  TO PAY ME FOR THEIR

DISCRIMINATIVE ACTION, NEGLIGENCE ACTIONS, BELOW THE LIST OF ALL

VIOLATIONS TO OF MULTIPLE AGENCIES BFAMILY ALIENATORS, TERORIZERS,

INDIVIDUALS ETC. Severe Emotional Distress are so obviously they continually

committed by outrageous Family Alienators, Fraud Military Dependents Against the

Plaintiff. The existence nature and severity of emotional harm obviously,

outrageously, boldly acted upon by these multiple FRAUD MILITARY Defendants.

Emotional harm obviously manifest itself.  Sleeplessness, anxiety, stress,

depression, marital strain, humiliation, emotional distress, loss of income,

restrained income, nervous breakdown, shaking, chest pain, emotional harm.

An award for emotional harm is warranted and there's multiple sufficient evidence

provided by the plaintiff to BUMED, USN ET ALL. But ignored by these boa

Since the Discrimination happened my health Deteriorated, physically

disfigured, mentally harmed continues treatments needed to be done and legal

NATURE OF ACTION EMPLOYMENT DISCRIMINATION IN ALL FORMS

proceedings needed to be done big factors of the Life of the Plaintiff 's

Disfigurements caused by these Discriminators, my Health Deteriorated it's

attributed. The Additional Harm Contributed by these Discriminators of Multiple Agencies. Payment of the actual damages in each Cases to compensate the Victim which is me the Plaintiff. The Injurers to take account of the full Consequences. Which are the Agencies, the Family alienators, Sex Offenders – Identity Theft Women. The USN, BUMED ET ALL. Undermined me, my professional pride and growth ARE AFFEFTED by repeated denial of my request of reversing their unjust, discriminative, prejudice, negligence decisions. Due to these Agencies BUMED, USN, ET ALL Discriminative, Negligence, they discontinued their Investigations of finding these Culprits the Sex Offenders, Seductresses Rose Ann Amoguis, Risa Amoguise, Aileen Acosta etc. Still out therefurther damage me Fraud Military Dependents Women they are still Alienating Affection. We are in State of Hawaii where these Family Alienators can be Charged of 9Million Dollars x years of their Alienations. To allowed my husband and them to provide DNA TESTING.

RELIEF

1. TO REACTIVATE MY Military Career as an Officer Rank and to return to Det

2. 130 Napole Italy, my Previous Unit before and after the Mal Practices, Negligence, Fabricated Diagnosis of Multiple Military Facilities Genius Criminals Wrong doings.

3. To finish and have the Military Retirement Ceremony and be able to enjoy my Retirement Benefits.

4, To Give me the Forfeited USNR Service Members Benefits. GI Bill Education Benefits including the Kicker.

5. Change Rate to LN by using the Training, in the Military Change Career

To continue the remaining 5 yrs. Or Maximum allowed to the Reservist amount Of time usually 34 yrs. Allowed to stay in the Reservist and be able to Retired.

6. Request for Approval to Reverse the Wrongful Decision, the Plaintiff is entitled to relief commensurate with the injuries suffered "Make whole" relief The BUMED, NATURE OF ACTION EMPLOYMENT DISCRIMINATION ET ALL shall pay to Plaintiff the compensatory damages for Tangible and Intangible, Special and General Relief upon me the Plaintiff.

7. I find that a reasonable sum to compensate the effect, results of restrained income, career growth, lose of income, lost of my dignity, credibility, promotional opportunities, denied Reinstatement of my Military Duties. Due their Negligence, Unlawful Discrimination.

8. To appoint an Attorney to Protect my Rights and be able to Get my Justice these Legal Proceedings Fighting for Justice Against the Negligence, Discriminators USN, BUMED ET ALL. Unlawful Discrimination with Retaliatory Motives.

9. To offer me a Position of Legal Assistant in any Military Facilities on my Civilian Job.

10. To allowed me to Transfer at Nosh Pearl Harbor to work there as an LN.

11. To Stop the Coronado Base and PIB WA DC, VA, Fabricators of stop them of continues interfering of my Career Growth. To allow me to Start A new employment to Nosh Pearl Harbor. To Stop the Negligence, Unlawful Discrimination of USN, PIB, MALPRACTICESDOCTORS, NURSES FRAUDULENT FABRICATORS OF DELUSIONAL WIFE BUT ACTUALLY, DELUSIONAL MISTRESSES WITH BASTARDS.

They never offered any position or even to transfer to another Nosc Reservist retaliated suppressed, set up for failures slandered, bad mouted, retaliated by CORONADO NOSC. THE BUMED, USN ET ALL Sent the correspondences on several old Years addresses, delaying communication heart, delaying and obstructing justice. Blocked/choked the Investigation to find the FRAUD Military Dependents. THE Board BUMED, USN ET ALL Multiple AGENCIES took advantage of my situation lost of my love ones, that's also the time they processed me out to disabled my income. Pure Evil Heart, no conscience, pure abdominal family alienators. Based their decision to anonymous callers and the Family alienators. Fraud Military Dependents Identity Theft Women Beneficial Friends. Maliciously, outrageously interfering on my marriage life. These Agencies BUMED, USN, PHIB ONE CO, XO, DR. VINCE, ET ALL. It's Not their Business, It's Not their Scope of work to Interfere on my Marriage. THE BOARD NATURE OF ACTION EMPLOYMENT DISCRIMINATION IN ALL FORMSBUMED USN ET ALL, obviously, Family Alienators asking me Several Questions which are INAPPRORIATE, Interrogated like "Where's your Wedding Ring, Are checking out Young Guys? "Where are you when your husband's looking for you? On Oct. 3, 2014, I'm in the Chapel Praying, my ring is on the left hand The XO?, The CO advised me to consider a Divorce? Wow Outrageous, Pretending concern. as "How Many Years You been Married?, So interested about my Personal Affairs and Marital Affairs, BUMED they need to be investigated, some are obviously, Family Alienators. Using their Ranks, Professions etc. to Alienate Affection. Discriminate and, Intentionally Mentally Harm. On the Actual Board Proceedings, I was made Mentally

Incapacitated (Violation of My Constitutional Rights) to control me, to enjoy My Military Active Duty Dependent Benefits. The Family Alienators. I was Degraded, Humiliated, Insulted, Bullied, Manipulated. but I was processed out as Physically Unfit? I have Outstanding Physical Test, These Agencies are Cruel, Pure Evil took advantage of losing my Love one. Didn't give change Mourn They Disabled my Income. Adverse Action of These USN, BUMED ET ALL., engaged in unlawful discrimination against ME THE PLAINTIFF the Service Member. The USN, BUMED, ET ALL. OUTRAGEOUS, DISCRIMINATIVE ACTION only sided the Family alienators, didn't consider that my husband is

NATURE OF ACTION EMPLOYMENT DISCRIMINATION IN ALL FORMS

an STD patient he has sex addiction that needed to be treated, BUMED, USN Violated all my Rights, these Agencies should be Investigated Further, all the involved Personnel should be investigated thoroughly. The Delusional Multiple Women Family Alienators should be Prosecuted and should be Found and Pay the Consequences of their Outrageous, Discriminative Action. Breach of Contract and Breach of Peace. These Organizations, are liable for the damages compensatory and punitive, tangible and intangible pecuniary damages, loss of enjoyment in life, pass and future pecuniary losses. The Tempted, Seduced fall in to Temptation Lush of Flesh Husband abused his Wife for his Lush of Flesh. The Abuse Wife is Delusional Crazy Wife to them (USN, BUMED ET ALL.) Cheating Husband is (USN, BUMED, NOSC CORONADO, CORONADO CLINIC ET ALL. Terrorizers. The BUMED, USN ET ALL. I am Medically processed me out and Forfeited all my Military Active Reservist Benefits DISAPPEARD THE USN, PIB DECISION MAKERS FAMILY ALIENATORS SIDED

THE FRAUD MILITARY DEPENDENTS who took over all my Hard Work. The Fraud Military Dependents Identity Theft Families since 2003. They took advantage of my situation loss of love, death of my Mom, marital problem they made me laughing stock, played on my life, my mind, my heart, their excuse is they need to have Medical DETERMINATION OF HOW MUCH INJURIES INCURRED then let the Fraud Military Dependents took over all my Military Benefits. They Sided the Girlfriends, instead the Legal Wife. They want to control me because they got away for a long time. Enjoying All my Benefits as an Active Duty Spouse and my Active Duty Reservist Benefits. The USN, PIB, DECISION MAKERS SIDED THE FRAUD MILITARY DEPENDENTS, FAMILY ALIENATORS SINCE 2003. IDENTITY THEFT FAMILIES MY HUSBAND'S GIRLFRIENDS MADE ME CRAZY, LAZY DELUSIONAL WIFE, BUT ACTUALLY CRAZY, LAZY, DELUSIONAL GOLD DEAGERS, HIGH MAINTENANCE FAMILY ALIENATORS, TERRORIZERS, ABDOMINAL IDENTITY THEFT FRAUD MILITARY DEPENDENTS. They are Crazy, Delusional, lazy sex offenders, beneficial friends some already have Bastards their bastards are Hostile, even their Relatives are Hostiles. Multiple women who planned their pregnancies in order to be supported for Life. Some are daughters of the Medical Mal Practices Doctors who fabricated they Medical Notes. These BUMED, USN ET ALL, should pay for the intangible injuries, emotional harm, emotional pain and sufferings, inconvenience, disfigurement, mental anguish The Civil Rights Act of 1964, as amended, U.S.C. 2000 et seq., 42 U.S.C.And loss of enjoyment in life. Instead of working and make a living I have to visits be treated of intangible injuries, physical injuries multiple injuries, Psychological

scars etc. By not reversing their Decision, Further Damage going on. The Injustice Persist BUMED, USN BOARD ET ALL. MADE A WRONG DETERMINATION. NEGLIGENCE, They Stop to Investigate, Blocked the Justice, Set me up for Failures, Damage my Career, Damage My Career Growth, they manipulated my Life. Family Alienators, Racist, Discriminators, Injurers, Terrorizers and Genius Criminals. The evidence shows that the Defendants fabricated Unduly, vague, inconsistent, unreasonable and lack credibility. The Defendants

Investigation stop, blocked ignored the Plaintiff's complaint and failed to Reconsider to accommodate the Disable Veteran. The Fraud Military Dependents might already Using my Benefits as a Veteran and Active Duty Spouse and USN Reservist who serve this Country for 15 yrs. High Ranking Officials are Involved. The Parents are Officers but their Kids are low rank and taking advantage of my husband's Kindness and weakness. While the Defendants implement a barrage of bizarre acts, They intentionally Inflicted emotional distress upon me, the Plaintiff. The Fabricated Medical Notes of Family Alienators, the Criminal Actions of the Fraud Military Dependents multiple Beneficial Friends. The accumulated Trauma reveals another act of DISCRIMINATION AGAINST ME THE PLAINTIFF.

EMPLOYMENT ACTION DECISION THEY ENDED MY CAREER, reveals another act of DISCRIMINATION AGAINST ME THE PLAINTIFF.
The Co-Bryman, XO-Lt. Dickens, and Dr. Vince – Coronado Nosc,
Clinic the Seductress Palhano Pollyanana Miranda sided by these Discriminators, Fabricators, Family Alienator harassers, discriminators, sided the Family Alienators Seductress obviously beneficial friend of my husband.

She also Fabricated my Medical Record here in Hawaii made me alcohol abused person. What a co-incident she's an Internist Physical Therapist Only Not Psychologist, reactivated all, and mocked me that I'm claiming to be a Dependent? Obviously, there's a Fraud Military Dependents claiming to be the Wife? Fraud Military Dependents Exist they needed to be Investigated, Interrogated and Find. Fabricated Medications by possible connived Family alienators. Collectively, the Defendants have caused the Plaintiff's loss of
]
reputation, Traumatization, Psychological scaring, impairment in the quality of life, inconvenience. Still Assault, harassed by Multiple Family Alienators. They are all needed to be charged, and found.

## PRAYER OF RELIEF

WHEREFORE, UPON Hearing hereof Plaintiff prays that Judgment be entered To the Defendants.

a. Approves award to make the Plaintiff whole, by paying her the amount

b. (Billions of Dollars) for front pay, special damages, compensatory damages, Back pay, expenses, and other benefits.

c. Approve punitive and/or exemplary damages in the amount of $ 5 Billions + For the lost of love ones, attempted murder – disfigurement, damaged reputation, accumulated traumatization, psychological scaring, impairment in the quality of life, inconvenience, outrageous, adverse action, intentional mental harm Intentional manslaughter etc. Defendants took advantage of my Situation lost of love ones, Home side, Dip in to my Situation hard to recover from Traumatic Events, Created Catastrophic Injuries. Approve a contingent, award to pay the reasonable Attorneys fees and cost, Including but not

limited to, expert witness fees, as provided in Title VII of The Civil Rights Act of 1964, as amended, U.S.C. 2000 et seq., 42 U.S.C. – to Appoint an Attorney in Getting the Settlements of some Cases.  That the two Scam Attorney under possessions.

d. Approve to continue Service of Military Career as an Officer the Plaintiff's have Dual Bachelors' Degree Majored in Management and BSN Bachelor's Degree in Nursing and Dual Masters Degree MBA and MSHA Masters in Business Administration and Masters of Science in Health Care Administration + the other Licenses etc.  The Career of the Plaintiff's Tied Down due to Negligence Decision Makers High Ranking Officials, Family Alienators, Prejudice, Character Terminators, Choked/Blocked Investigations of BUMED, DOD AND US NAVY (Obstruction of Justice) By discontinued Full Investigation to find the MULTIPLE FRAUD MILITARY DEPENDANTS in Different States, Countries etc.
The Civil Rights Act of 1964, as amended, U.S.C. 2000 et seq., 42 U.S.C. Sec. 1981.  Any other relief, that this Court deems just and appropriate, and the grant Of highest interest rate allowed by law, on all awards.

e.  To appoint an Attorneys, to take over the Settled Cases at Landstuhl, Balboa Hospital, to Help the Plaintiff to Liquidate, Sequester from the 2 Scam Attorneys Claiming to be William Wallace and Attorney Anthony Hugo.  Stealing the Cases of the Plaintiff to Help the Plaintiff to Recover the Concrete Evidences that was Paid in Cash through Raymond Alcantara,

Dr. Hachan and Attorney Anthony Hugo. Judgement to the Obstructing Justice Attorneys, Obstructing Justice Judges, ET ALLIncluding Attorney Sloan who didn't Protect my Rights. Who Represented me on March 2016 PEB Board in WA DC. Black Attorney one of the Obvious Family Alienators who are more concern about how many Years I been Married? Judgment to the US Navy PIB Board Decision Makers, Asking about the Highly Confidential Matters about my N4 Job. Some Janet Howell using already my Intellectual Properties, Licenses, including my Military Skills work Experience. Negligence who ruined my Career, Made me Crazy Delusional Wife but actually, Crazy Delusional Beneficial Friends who are Pure Abdominals some have Bastards and High Ranking Officials Relatives in the Government. Use their Professions to Alienate Affeftion. The Family Alienators in the Military Facilities, Medical Military Facilities, DOD Employees. Now, even my State permanent Disability wants to be taken by Another Fraud Military Dependent in Pennsylvania. Outrageous doesn't want me to recover. Pure Evil Identity Theft Fraud Military Dependents.

Respectfully,

*Howell*
JANET C. HOWELL
Plaintiff-ProSe

Jch/