IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JANET HOWELL,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES et al.,<br><br>Defendants. | Case No. 19-cv-00313-DKW-WRP<br><br>**ORDER ADOPTING MAGISTATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

On November 5, 2020 the assigned magistrate judge filed Findings and Recommendations, which recommended Plaintiff Janet Howell's action be dismissed without prejudice for failure to prosecute and to follow court deadlines, rules, and orders.  Dkt. No. 45.  Plaintiff was served the Findings and Recommendations on November 6, 2020.  *Id.*  As the time to file an objection has lapsed, Local Rule 74.1(b), and no objections have been filed by any party, IT IS HEREBY ORDED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636(b)(1) and Local Rule 74.1, the Findings and Recommendations, Dkt. No. 45, are adopted as the opinion and order of this Court.  The case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: November 24, 2020 at Honolulu, Hawaiʻi.



Derrick K. Watson
United States District Judge

---

*JANET HOWELL v. UNITED STATES et al.,* Civil No. 19-00313-DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION.**